**Order entered December 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

## IN THE INTEREST OF C.S.B. AND R.D.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** appellant's December 24, 2015 motion to supplement the clerk's record.

We **ORDER** Court Reporter Micaela Ynostrosa to file, **WITHIN FIFTEEN DAYS** of the date

of this order, the reporter's record of the hearing on the motion for new trial held on June 12,

2014.

On the Court's own motion, we **ORDER** appellant to file a brief **WITHIN THIRTY**

**DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Ynostrosa, Joie

Rivera, Official Court Reporter of the 255th Judicial District Court, and all parties.

/s/      ELIZABETH LANG-MIERS
JUSTICE